UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN MURRAY,<br><br>    Plaintiff<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,<br><br>    Defendants | Case No.: 2:24-cv-02068-APG-DJA<br><br>**Order (1) to Show Cause Why This Case Should Not Be Remanded for Lack of Personal Jurisdiction, (2) Directing that POLV, LLC File All Documents from the State Court Case, and (3) Striking POLV, LLC's Certificate of Interested Parties** |

Defendant POLV, LLC removed this action based on diversity jurisdiction. ECF No. 1. However, the removal notice does not make clear POLV's citizenship.  Although POLV states that its managing member is a Texas citizen, a limited liability company's citizenship is determined by the citizenship of all of its members, not just its managing member. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").  It is not clear whether the managing member is POLV's only member.  Consequently, I order POLV to show cause why this case should not be remanded for lack of subject matter jurisdiction.

Additionally, POLV states in its removal petition that there is a third-party defendant, SP Plus Corporation. ECF No. 1 at 2.  But POLV did not provide this court with any third-party complaint.  I therefore order POLV to file in this court every document filed in state court prior to removal.

Finally, POLV's certificate of interested parties has a typographical error and does not comply with Federal Rule of Civil Procedure 7.1(a)(2).  The first page of the certificate identifies the defendant as Sam's West, Inc. ECF No. 2 at 1.  Additionally, the certificate does not identify

POLV's citizenship as required by the amendment to Rule 7.1(a)(2). So, I strike it and order POLV to file a corrected certificate.

I THEREFORE ORDER that by November 22, 2024, defendant POLV, LLC shall show cause why this action should not be remanded for lack of subject matter jurisdiction. Failure to respond to this order by that date will result in remand to the state court.

I FURTHER ORDER that by November 22, 2024, defendant POLV, LLC must file in this court every document that was filed in the state court prior to removal.

I FURTHER ORDER that defendant POLV, LLC's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER defendant POLV, LLC to file a proper certificate of interested parties by November 22, 2024.

DATED this 12th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE