# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN MURRAY,<br><br>    Plaintiff<br><br>v.<br><br>MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,<br><br>    Defendants | Case No.: 2:24-cv-02068-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant POLV, LLC's response to the order to show cause (ECF No. 12),

I ORDER that the order to show cause (ECF No. 8) is satisfied and I will not remand this case to state court for lack of subject matter jurisdiction at this time.

DATED this 21st day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE