ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
**BLACKBURN WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 472-7000
Fax: (702) 463-4440
tyler@blackburnwirth.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGHAN MURRAY, individually; <br><br> Plaintiff, <br><br> vs. <br><br> POLV, LLC, a Foreign Limited-Liability Company; SP PLUS CORPORATION, a Foreign Corporation; ROE CORPORATIONS I – XX, inclusive; DOES I – XX, inclusive; <br><br> Defendants. | CASE NO.: 2:24-cv-02068-APG-DJA <br><br> ~~PROPOSED~~ **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)** |

Plaintiff, MEGHAN MURRAY, by and through her attorneys of record JOSEPH J. WIRTH, ESQ., ASH MARIE BLACKBURN, ESQ., and TYLER A. BIXBY, ESQ., of BLACKBURN WIRTH, LLP, Defendants POLV, LLC and SP PLUS CORPORATION, by and through their counsel of record, JASON A. FOWLER, ESQ., of RANALLI ZANIEL FOWLER & MORAN, LLC, hereby submit the instant Stipulation and Order to Extend the Discovery Plan and Scheduling Order (Third Request) pursuant to LR IA 6-1 and LR 26-3 as follows:

**I.**

**PROCEDURAL HISTORY**

This lawsuit involves allegations that Plaintiff Meghan Murray suffered serious injuries related to a trip and fall on the side of a roadway bisecting properties owned by Defendant POLV, LLC ("POLV") and Marriott Vacations Worldwide Corporation d/b/a Marriott's Grand Chateau

BLACKBUNR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 472-7000 | Fax: (702) 463-4440

("Marriott"). Initially, Plaintiff believed the property to be under the sole possession and control of Marriott. As such, Plaintiff filed her Complaint and Demand for Jury Trial on August 19, 2024 in the Eighth Judicial District Court for Clark County, Nevada against Marriott Vacations Worldwide Corporation d/b/a Marriott's Grand Chateau ("Marriott"). After preliminary discussions, Marriott indicated Defendant POLV as the more likely owner of the land where the subject incident occurred. As such, Plaintiff immediately filed her Amended Complaint against Marriott and POLV on September 9, 2024. Marriott filed its Answer to Plaintiff's Amended Complaint on October 4, 2024. Defendant POLV filed its Answer to Plaintiff's Amended Complaint on October 23, 2024.

On November 5, 2024, Defendant POLV, LLC removed this matter from the Eighth Judicial District Court to the United States District Court, District of Nevada based on diversity jurisdiction. (ECF No. 1). Defendant POLV, LLV also filed its Statement Regarding Removal on November 5, 2024. (ECF No. 3).

On February 4, 2025, Defendant POLV made its Initial Disclosure of Witnesses, Exhibits, and Documents pursuant to FRCP 26(a)(1). Included therein was documentation indicating that the subject incident occurred on land owned by Defendant POLV, LLC and subsequently leased to a third party named SP Plus Corporation ("SP Plus"). On February 9, 2024, the parties participated in the FRCP 26(f) conference and filed a Proposed Joint Discovery Plan and Scheduling Order which was entered by this court on February 22, 2024.

During the FRCP 26(f) conference, the parties discussed the necessity of SP Plus as a Defendant in this action and agreed that an amendment should be made to include them as a necessary party. As such, Plaintiff, Marriott, and POLV stipulated to Plaintiff filing a Second Amended Complaint naming SP Plus Corporation as a Defendant in this action. Additionally, after extensively reviewing land surveying and property ownership documents, the parties agreed that Marriott did not have any ownership or control over the area of the subject incident. As such, the parties also stipulated to dismiss Marriott, without prejudice.

On March 27, 2025, Defendant POLV filed its Answer to Plaintiff's Second Amended

BLACKBUNR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 472-7000 | Fax: (702) 463-4440

Complaint, which also included crossclaims against Defendant SP Plus. On April 21, 2025, Defendant SP Plus filed its Answer to Plaintiff's Second Amended Complaint. On May 8, 2025, Defendant SP Plus filed its Answer to Cross-claimant POLV's Crossclaims.

## II.

## DISCOVERY COMPLETED

**To date, Plaintiff has completed the following discovery (additional discovery since first extension of time in bold):**

- Plaintiff's Initial Disclosure Statement, served November 25, 2024;
- Plaintiff's Response to Marriott's First Set of Requests for Admission, served February 13, 2025;
- Plaintiff's Response to Marriott's First Set of Requests for Production of Documents, served February 13, 2025;
- Plaintiff's Response to Marriott's First Set of Interrogatories, served February 13, 2025;
- Plaintiff's First Supplemental Disclosure Statement, served February 13, 2025;
- Plaintiff's Response to Defendant POLV's First Set of Requests for Admission, served March 5, 2025;
- Plaintiff's Response to Defendant POLV's First Set of Requests for Production of Documents, served March 5, 2025;
- Plaintiff's Response to Defendant POLV's First Set of Interrogatories, served March 5, 2025;
- Plaintiff's First Set of Interrogatories to Defendant POLV served March 21, 2025;
- Plaintiff's First Set of Requests for Admissions to Defendant POLV served March 21, 2025;
- Plaintiff's Second Supplemental Disclosure Statement, served March 26, 2025;
- Plaintiff's First Set of Interrogatories to Defendant SP Plus served June 5, 2025;
- Plaintiff's First Set of Requests for Admissions to Defendant SP Plus served June 5,

BLACKBUNR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 472-7000 | Fax: (702) 463-4440

2025;

- Plaintiff's First Set of Requests for Production to Defendant SP Plus served June 5, 2025;

- Plaintiff's Third Supplemental Disclosure Statement, served June 16, 2025;

- Deposition of Defendant SP Plus Corporation's FRCP 30(b)(6) witness dated July 25, 2025;

- **Deposition of witness Derek Zehnbauer dated September 11, 2025;**

- **Plaintiff's Fourth Supplemental Disclosure Statement, served September 12, 2025;**

- **Inspection of Defendant's premises conducted on September 22, 2025;**

- **Deposition of SP Plus employee Nancy Perez dated September 23, 2025;**

- **Deposition of SP Plus employee Demi Leggitt dated December 8, 2025.**

**To date, Defendant POLV, LLC has completed the following discovery:**

- Defendant's Initial Disclosure Statement, served February 4, 2025;

- Defendant's Request for Admissions to Plaintiff, served February 4, 2025;

- Defendant's Request for Production of Documents to Plaintiff, served February 4, 2025;

- Defendant's First Set of Interrogatories to Plaintiff, served February 4, 2025;

- Defendant's First Supplement to its Initial Disclosure Statement, served February 7, 2025;

- Defendant's Answers to Plaintiff's First Set of Interrogatories served, March 21, 2025;

- Defendant's Responses to Plaintiff's First Set of Requests for Admission, served March 21, 2025.

**To date, Defendant SP PLUS CORPORATION has completed the following discovery (additional discovery since first extension of time in bold):**

- Defendant's Initial Disclosure Statement, served June 5, 2025;

- Defendant's Answers to Plaintiff's First Set of Interrogatories served, July 21, 2025;

BLACKBUNR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 472-7000 | Fax: (702) 463-4440

- Defendant's Responses to Plaintiff's First Set of Requests for Production, served July 21, 2025;

- Defendant's Responses to Plaintiff's First Set of Requests for Admission, served July 21, 2025;

- Defendant's First Supplemental Disclosure Statement, served July 22, 2025;

- Defendant's Request for Admissions to Plaintiff, served August 11, 2025;

- Defendant's First Set of Interrogatories to Plaintiff, served August 11, 2025;

- Deposition of Plaintiff dated August 12, 2025;

- **Inspection of Defendant's premises conducted on September 22, 2025;**

- **Defendant's Second Supplemental Disclosure Statement, served October 6 2025.**

## III.

## DISCOVERY REMAINING TO BE COMPLETED

- Depositions of witness Derek Zehnbauer (set for September 18, 2025);

- Deposition of SP Plus employee Bridget Ward;

- Deposition of SP Plus employee N. Perez;

- Initial expert designations;

- Rebuttal expert designations;

- Depositions of Initial and Rebuttal Experts;

- Additional FRCP 26 Disclosures;

- Additional written discovery.

This is a complex premise liability claim involving an alleged trip and fall on an object protruding from the ground on the side of a roadway bisecting the Marriott Grand Chateau and a parking lot owned by Defendant POLV. To date, there has been extensive efforts put into investigating ownership of the area of the subject incident as the surveyor maps were unclear as to whether the street was shared property, wholly owned by one party, or split down the middle. The parties, including now dismissed Marriott, exchanged numerous documents outlining property lines and ownership interests in the subject area. After concluding that the area in question was

owned by Defendant POLV, additional information came available indicating Defendant SP Plus had leased the subject property from Defendant POLV.

Based on the information and evidence presented, the parties stipulated to allow Plaintiff to file a Second Amended Complaint naming SP Plus as necessary party to this litigation. The parties further stipulated to dismiss Marriott, as it appeared they had no ownership or control over the subject property. Despite the parties diligence, it took a significant amount of time and resources to ascertain the proper ownership entity as the property maps were not clear. It then took additional time and resources to properly add SP Plus as a party to the litigation.

Since the last extension of time, the parties have been able to complete almost all relevant discovery in this matter. The only discovery that remains to be completed is the depositions of expert witnesses. However, the parties have agreed to a private mediation of this matter which is set for March 18, 2026. The parties are hopeful that a mutual resolution will be reached at said mediation. However, in an effort to avoid the significant costs associated with expert depositions, the parties have agreed that said depositions should go forward only if no resolution is met at mediation.

Accordingly, the parties have agreed to a sixty (60) day discovery extension to allow sufficient time for expert depositions if the case is not resolved at mediation. This extension will allow the parties to conduct all remaining discovery in this case. Further, it allows the parties to participate formal mediation prior to taking on potentially unnecessary costs. Accordingly, Plaintiff requests the extension of deadlines as outlined below.

**IV.**

**<u>PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE</u>**

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Deadline: | **02/24/2026** | **04/24/2026** |
| Motions to Amend Pleadings/ Add Parties: | **CLOSED** | **CLOSED** |

BLACKBUNR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 472-7000 | Fax: (702) 463-4440

| | | |
|---|---|---|
| Initial Expert Disclosures: | **CLOSED** | **CLOSED** |
| Rebuttal Expert Disclosures: | **CLOSED** | **CLOSED** |
| Dispositive Motions: | **03/04/2026** | **05/04/2026** |
| Joint Pre-Trial Order: | **04/01/2026** | **06/01/2026** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. This is the second request for an extension of time in this matter and no trial date will be impacted by the extension as no such trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

Dated this 30th day of January, 2026.

**BLACKBURN WIRTH, LLP**

*/s/ Tyler A. Bixby*

TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Attorney for Plaintiff*

Dated this 30th day of January, 2026.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Jason A. Fowler*

JASON A. FOWLER, ESQ.
Nevada Bar No. 8071
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
*Attorney for Defendants*

*Murray v. POLV, LLC et al.*
**2:24-cv-02068-APG-DJA**
**SAO to Extend Discovery Plan and Scheduling Order (Third Request)**

**ORDER**

**IT IS SO ORDERED.**

DATED this ___3rd___ day of _____February_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**BLACKBUNR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 472-7000 | Fax: (702) 463-4440