JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
**BLACKBURN  WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148
Phone: (702) 464-5000
Fax: (702) 463-4440
tyler@blackburnwirth.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGHAN MURRAY, individually;<br><br>    Plaintiff,<br><br>    vs.<br><br>POLV, LLC, a Foreign Limited-Liability Company; SP PLUS CORPORATION, a Foreign Corporation; ROE CORPORATIONS I – XX, inclusive; DOES I – XX, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02068-APG-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (SECOND REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons outlined herein.

**A.  Reason For the Requested Extension**

On March 12, 2026, Jason Andrew Fowler, Esq., Lead Counsel for Defendant SP Plus Corporation, took a necessary medical leave of absence. During this period, John Kirk, Esq. assumed responsibility as the handling attorney for the Defendant SP Plus Corporation. On May 18, 2026, the Parties participated in a formal mediation, but were unable to reach a settlement. Regrettably, shortly after the conclusion of mediation, Mr. Kirk suddenly passed away.

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

On April 3, 2026, an associate attorney departed from the firm representing Plaintiff. This departure necessitated that lead counsel in this matter, Tyler Bixby, Esq., assumed a significant increase in caseload, including the preparation of pre-trial motions for a separate matter scheduled for trial in August of 2026. On April 20, 2026, Jason Andrew Fowler, Esq. though still recovering from undergoing a left subclavian artery bypass, lumbar drain and thoracic stent placement surgery, returned to active practice lead counsel for Defendant SP Plus Corporation, though with diminished energy and endurance that he is still gradually getting back.  Additionally the firm of Ranalli, Zaniel Fowler & Moran, LLC is still recovering from the loss of partner John Kirk, Esq. which has required substantial responsibilities to be moved around within the firm on its approximately 570 open files.

On May 26, 2026 the parties held a meet and confer regarding an extension of time to submit the Joint Pretrial Order in this case.  In their meet and confer, counsel for the respective parties agreed that additional time to complete the Pretrial Order is needed to designate deposition transcripts, review and prepare all of the documents, exhibits, and other records involved in the present matter. The parties require additional time to properly complete and submit the Joint Pretrial Order. The parties have agreed that it would be impracticable to properly complete said Order within the current deadline.

**On May 29, 2026, this Court granted the Parties request to extend the Joint Pre-Trial Order deadline to July 1, 2026. Since that time, counsel have actively conferred regarding the contents of the Joint Pre-Trial Order, exhibit lists, and deposition designations. Due to scheduling conflicts, the parties are requesting an additional fourteen (14) days to conduct a final meet and confer to finalize the Joint Pre-Trial Order and its contents.**

B.  **Proposed Revised Pretrial Order Schedule**

**The Joint Pretrial Order is due on July 1, 2026, and the parties are requesting a fourteen (14) day extension moving the deadline to July 15, 2026.** This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

is sought by the parties solely for the purpose of allowing sufficient time to adequately prepare their pretrial order and meet and confer about the contents of the Joint Pretrial Order, as well as the parties' intended exhibits. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this 29th day of June2026.

DATED this 29th day of June, 2026.

**BLACKBURN WIRTH, LLP**

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/Tyler Bixby*
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

*/s/ Jason Fowler*
GEORGE M. RANALLI, ESQ.
Nevada Bar No.5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No.8071
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
*Attorney for Defendant SP PLUS Corporation*

**IT IS SO ORDERED**.

DATED: 6/30/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440