ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148
Phone: (702) 464-5000
Fax: (702) 463-4440
tyler@blackburnwirth.com
*Counsel for Plaintiff*

**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGHAN MURRAY, individually;<br><br>Plaintiff,<br><br>vs.<br><br>POLV, LLC, a Foreign Limited-Liability Company; SP PLUS CORPORATION, a Foreign Corporation; ROE CORPORATIONS I – XX, inclusive; DOES I – XX, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02068-APG-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FOURTH REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons outlined herein.

**A. Reason For the Requested Extension**

This court has previously granted extensions of the Joint Pretrial Order deadline to allow the parties time to conduct a meaningful meet and confer regarding the exhibits in this case. On July 15, 2026, the parties submitted their Joint Pretrial Order without exhibit lists, intending to supplement the Order once said meet and confer went forward.

On August 11, 2026, the parties conducted a meet and confer regarding the proposed trial exhibits. In the meeting, it became clear that the sheer volume of medical records would require

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

additional time and comparison to ensure the parties possessed full and complete copies, with associated custodians of records affidavits, so that they could be stipulated exhibits. The parties also conducted meaningful discussions related to the relevance and admissibility of the non-medical documents produced in the case. With nearly three thousand pages of records in this case, more time to adequately review and prepare the exhibits is necessary. Furthermore, the parties discussed proposed changes to the contested and non-contested facts and law, along with contested expert opinions in the case which may require amendments to the joint proposed pretrial order.

In addition to the trial exhibit discussions, the parties also discussed the possibility of early resolution of this action. As a result, the parties are now looking into the possibility of conducting a private mediation of this matter in September. The requested extension will allow the parties time to try and reach an early resolution of this action. It will also allow the parties to conduct further discussions as to stipulated exhibits, which will significantly reduce the resources necessary if this case goes to trial, as well as finalize and amended pretrial order that properly reflects the issues in the case.

**B. Proposed Revised Pretrial Order Schedule**

The completed Joint Pretrial Order with exhibit lists is currently due on August 14, 2026. In light of the information above and the ongoing settlement negotiations, the parties are requesting a sixty (60) day extension moving the deadline to October 13, 2026. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to adequately prepare their trial exhibits, and conduct meaningful settlement negotiations. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this 14th day of August, 2026.

**BLACKBURN WIRTH, LLP**

*/s/ Tyler A. Bixby*
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 14th day of August, 2026.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Jason Fowler*
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
*Attorney for Defendant SP PLUS Corporation*

**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 47) is GRANTED

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2026

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440