ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148
Phone: (702) 464-5000
Fax: (702) 463-4440
tyler@blackburnwirth.com
*Counsel for Plaintiff*

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGHAN MURRAY, individually;<br><br>Plaintiff,<br><br>vs.<br><br>POLV, LLC, a Foreign Limited-Liability Company; SP PLUS CORPORATION, a Foreign Corporation; ROE CORPORATIONS I – XX, inclusive; DOES I – XX, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-02068-APG-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIFTH REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons outlined herein.

**A. Reason For the Requested Extension**

This court has previously granted extensions of the Joint Pretrial Order deadline to allow the parties time to conduct a meaningful meet and confer regarding the exhibits in this case. On July 15, 2026, the parties submitted their Joint Pretrial Order without exhibit lists, intending to supplement the Order once said meet and confer went forward.

On August 11, 2026, the parties conducted a meet and confer regarding the proposed trial exhibits. In the meeting, it became clear that the sheer volume of medical records would require

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

additional time and comparison to ensure the parties possessed full and complete copies, with associated custodians of records affidavits, so that they could be stipulated exhibits. The parties also conducted meaningful discussions related to the relevance and admissibility of the non-medical documents produced in the case. With nearly three thousand pages of records in this case, more time to adequately review and prepare the exhibits is necessary.

In addition to the trial exhibit discussions, the parties also discussed the possibility of early resolution of this action. To facilitate those discussions, on August 14, 2026, the parties submitted a Stipulation and Order to Extend the Pretrial Order deadline which was granted shortly after. Since that extension, the parties have agreed to a private mediation of this matter. Unfortunately, the soonest availability for the agreed upon mediator was not until December 16, 2026. As such, in an effort to resolve this action without the time and expense required to adequately prepare the pretrial order and associated documents, the parties request a ninety (90) day extension of the deadline moving it from October 13, 2026 to January 11, 2027. The requested extension will allow the parties to mediate and hopefully resolve this matter. In the event no resolution is met, it will also allow the parties to prepare and submit their pretrial order with associated exhibits.

**B. Proposed Revised Pretrial Order Schedule**

The completed Joint Pretrial Order with exhibit lists is currently due on October 13, 2026. In light of the information above and the mediation set for December 16, 2026, the parties are requesting a ninety (90) day extension moving the deadline to January 11, 2027. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of conducting a private mediation prior to expending the time and expense required to adequately prepare the pretrial order and associated documents. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

/ / /

/ / /

/ / /

BLACKBURN WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this 29th day of September, 2026.

**BLACKBURN WIRTH, LLP**

*/s/ Tyler Bixby*
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 29th day of September, 2026.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Gregory S. Caruso*
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
GREGORY S. CARUSO, ESQ.
Nevada Bar No. 13086
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
*Attorney for Defendant SP PLUS Corporation*

**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 4472-7000| Fax: (702) 463-4440

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 50) is GRANTED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026